UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

DOC #:

Tommy Neponuceno
                    Defendant(s).
-------------------------------------------------------------------X

Defendant **Tommy** Tommy Neponuceno **neponuceno** hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or  X  teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

 X  Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____

Defendant's Signature
Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's

Tommy Neponuceno
Greenwald
Print Defendant's Name
Name **Tommy neponuceno**

Marc

Print Counsel's

This proceeding was conducted by reliable video or telephone conferencing technology.

_____

Date 1/25/2021
Magistrate Judge

U.S. District Judge/U.S.